UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

                Plaintiff(s),

v.

Chang Suk Chung,

                Defendant(s)

CASE NO. CR 09-0044 SI

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Lee H. Simowitz, an active member in good standing of the bar of the District of Columbia whose business address and telephone number is, Baker & Hostetler LLP, 1050 Connecticut Avenue, NW, Suite 1100, Washington, DC 20036-5304, Telephone (202) 861-1608, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Chang Suk Chung,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                              Honorable Susan Illston
                                              United States District Judge

American LegalNet, Inc.
www.FormsWorkflow.com